United States District Court
Southern District of Texas
**ENTERED**
September 13, 2017
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| ENEDELIA RIVAS, §<br>　　Plaintiff, §<br>§<br>v. §<br>§<br>WAL-MART STORES TEXAS, L.L.C., §<br>　　Defendant. § | Civil Action No. 1:16-cv-224 |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (Dkt. No. 36) regarding Defendant Wal-Mart Stores Texas, L.L.C's "Motion for Summary Judgment" (Dkt. No. 16). No objections have been filed and the time for doing so has expired.

After a de novo review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is therefore, **ORDERED, ADJUDGED,** and **DECREED** that Defendant Wal-Mart Stores Texas, L.L.C's "Motion for Summary Judgment" (Dkt. No. 16) is **GRANTED**. The Clerk of Court is hereby **ORDERED** to close this case.

Signed on this ___13th___ day of ___September___, 2017.

_____
Rolando Olvera
United States District Judge